JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTAKER CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AIG SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:18-cv-08453-AB-PLA<br><br>Assigned to Hon. André Birotte Jr.<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 1, 2018 |

**GOOD CAUSE APPEARING THEREFORE IN THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED** that:

The above-captioned action is dismissed with prejudice with each party to bear its own fees, expenses, and costs.

DATED: September 03, 2019

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT
COURT JUDGE